UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) No. 3:11-00005 |
| | ) JUDGE TRAUGER |
| ERICA LYNN HAMPTON | ) |

*Motion GRANTED. Hearing reset for 10/5/12 at 11:00 a.m.*

## MOTION TO CONTINUE SENTENCING HEARING

**COMES** now the accused, ERICA LYNN HAMPTON, through counsel, First Assistant Federal Public Defender, Mariah A. Wooten, and moves this Honorable Court to enter an order continuing the sentencing hearing presently scheduled for Thursday, July 5, 2012, at 3:30 p.m. In support of the foregoing motion, it is respectfully represented to this Honorable Court the following:

Counsel for Ms. Hampton requests that the Court continue this matter to a date that is compatible with the Court's calender, but not less than ninety (90) days from the presently scheduled sentencing hearing date, to respond to matters contained in the presentence investigation report and otherwise prepare for the sentencing hearing.

Undersigned counsel has conferred with Assistant United States Attorney Sandra Moses, and she has granted counsel for Ms. Hampton the liberty of advising the Court that the government has no opposition to this request.

**WHEREFORE**, for the above and foregoing reasons, it is respectfully prayed, in the interest of justice, that this Honorable Court enter an order continuing the sentencing hearing in this matter presently scheduled for Thursday, July 5, 2012, to a date compatible with its calender, but not less than ninety (90) days from the present hearing date.