# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 3:11-00005 |
| ) | Judge Trauger |
| ERICA LYNN HAMPTON ) | |

## O R D E R

It is hereby **ORDERED** that the sentencing hearing for this defendant is scheduled for Thursday, December 20, 2012, at 9:00 a.m.

It is so **ORDERED**.

ENTER this 6th day of December 2012.

_____
ALETA A. TRAUGER
U.S. District Judge