Motion GRANTED.

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | No. 3:11-00005 |
| ) | JUDGE TRAUGER |
| ERICA LYNN HAMPTON ) | |

MOTION FOR COURT TO MAKE RECOMMENDATION
TO BUREAU OF PRISONS

Erica Lynn Hampton, through undersigned counsel, moves this Honorable Court to make a recommendation to the Bureau of Prisons, if appropriate according to her security level, that her sentence be served at FPC Alderson in Alderson, West Virginia. Assistant United States Attorney Sandra G. Moses has no opposition to this motion.

Respectfully submitted,

s/ *Mariah A. Wooten*
MARIAH A. WOOTEN (BPR #006259)
First Assistant Federal Public Defender
810 Broadway, Suite 200
Nashville, TN 37203
615-736-5047

Attorney for Erica Lynn Hampton

CERTIFICATE OF SERVICE

I hereby certify that on December 20, 2012, I electronically filed the foregoing Motion for Court to Make Recommendation to Bureau of Prisons with the clerk of the court by using the CM/ECF system, which will send a Notice of Electronic Filing to the following: Sandra Moses, Assistant United States Attorney, 110 Ninth Avenue South, Suite A961, Nashville, TN 37203.

s/ *Mariah A. Wooten*
MARIAH A. WOOTEN